■ In the Matter of NELSON CALIX, Petitioner, v WILLIAM BROWN, as Superintendent of Eastern Correctional Facility, et al., Respondents. [937 NYS2d 639]

Mercure, A.P.J., Rose, Lahtinen, Stein and McCarthy, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.